UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:04cv-213-R

ANTOINETTE C. TAYLOR                                                    PLAINTIFF

v.                          **AGREED ORDER DISMISSING**

THE CENTER FOR WOMAN AND FAMILIES                                DEFENDANTS
AND DALE HERINK

\* \* \* \* \* \* \*

The parties having agreed to a settlement of all claims which were or might have been alleged in this action, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this lawsuit, Civil Action No. 3:04cv-213-R, is **DISMISSED**, with prejudice. Each party will bear its own fees and costs. This is a final Order, there being no just reason for delay.

Dated this _____ day of _____, 2005.

_____
JUDGE, WESTERN DISTRICT COURT


HAVE SEEN AND AGREED TO:

Ms. Antoinette C. Taylor
1827 Oakwood Drive
Shelbyville, Kentucky  40065

*/s/ Antoinette C. Taylor*
PLAINTIFF

*October 3, 2005*
Date

Laurie Goetz Kemp
WOODWARD, HOBSON & FULTON, L.L.P.
2500 National City Tower
101 S. Fifth Street
Louisville, Kentucky  40202

*Laurie Kemp*
ATTORNEY FOR DEFENDANTS,
THE CENTER FOR WOMEN AND FAMILIES
and DALE HERINK

10/3/05
Date